Attorney General, and *Victor J. Michaelson,* Assistant Attorney General, for the State of Minnesota, and *Gordon Rosenmeier* for the Order of Railway Conductors et al., appellees. 

No. 170. GOODWIN *v.* STATE TAX COMMISSION. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Charles Goodwin, Jr., pro se. Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Robert W. Bush* and *John R. Davison,* Assistant Attorneys General, for appellee. 

No. 88. TAYLOR *v.* OKLAHOMA EX REL. RUTHERFORD, COUNTY ATTORNEY. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Charles Orlando Pratt* for appellant. 

No. 188. MALOTTE *v.* CALIFORNIA. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Leslie C. Gillen* and *John R. Golden* for appellant. 

No. 99. PACIFIC WESTERN OIL CORP., SUCCESSOR IN INTEREST TO GEORGE F. GETTY, INC., *v.* FRANCHISE TAX BOARD OF CALIFORNIA. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Joseph D. Peeler, John P. Pollock, David W. Richmond* and *Robert N. Miller* for appellant. *Edmund G. Brown,* Attorney General of California, *James E.*

*Sabine, Irving H. Perluss,* Assistant Attorneys General, and *Ernest P. Goodman,* Deputy Attorney General, for appellee.

No. 115. GARLINGTON ET AL. *v.* WASSON ET AL.

*Per Curiam:* The appeal is dismissed for want of jurisdiction.* *Elmer McClain* for appellants.

No. 190. ELLIS *v.* OHIO TURNPIKE COMMISSION ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *John F. Hunter* and *Edward N. Barnard* for appellant. *Frank A. Harrington* for the Ohio Turnpike Commission et al., appellees.

No. 214. FIELD ENTERPRISES, INC., *v.* WASHINGTON. *Per Curiam:* The judgment is affirmed. *Norton Company* v. *Department of Revenue of Illinois,* 340 U. S. 534. MR. JUSTICE FRANKFURTER and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted. *Simon H. Rifkind* for appellant.

No. 95. FEDERAL TRADE COMMISSION *v.* AMERICAN CRAYON CO.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. The case is remanded with directions as follows: (1) to affirm and enforce paragraphs

---

*[This order amended, *post,* p. 979.]